JS-6
Send

FILED
CLERK, U.S. DISTRICT COURT
APR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL W. LU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES ("CIS"); EVELYN UPCHURCH; EMILIO GONZALEZ; MICHAEL CHERTOFF; MICHAEL MUKASEY,<br><br>　　　　Defendants. | NO. CV 07-3440 GPS (RCx)<br><br>JUDGMENT |

In light of this Court's grant of summary judgment for Defendants, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing and judgment is hereby entered for Defendants on all claims for relief. Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2008.

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1